# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HOLMAN, et al.,<br><br>Defendants. | Case No. 1:17-cv-00652-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE |

On August 3, 3017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: __August 4, 2017__

UNITED STATES MAGISTRATE JUDGE

1